UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA,
FORT MYERS DIVISION

In re:

Dean J Testa

Case No.: 9:10-bk-07562-ALP
Chapter 13

Debtor.
_____/

ORDER GRANTING DEBTOR'S MOTION TO DETERMINE
SECURED STATUS OF GMAC MORTGAGE, LLC
AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

THIS CASE came on for consideration on the Debtor's Motion to Determine Secured Status of **GMAC Mortgage, LLC** and to Strip Lien (the "Motion") (Doc. No. 22) pursuant to negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.

The real property (the "Real Property") that is the subject of the Motion is located at 4117 SW 8th Ct,, Cape Coral, FL 33914, and more particularly described as follows:

**LEGAL DESCRIPTION:** Cape Coral, Unit 65, BLK 3311, PB 21, PG 164, Lots 15 + 16 of Lee County FL.

**Parcel ID:** 104523C2033110150.

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. Claim No. **2** filed by **GMAC Mortgage, LLC** shall be treated as an unsecured claim in this Chapter 13 case.

3. The mortgage on the Real Property held by **GMAC Mortgage, LLC** aka account no. **xxxxxxxxxx3091, Instrument No. 2006000130153** of the official records of Lee County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this Chapter 13 case, provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of **GMAC Mortgage, LLC** mortgage lien prior to the entry of the Debtor's discharge.

4. This order does not prohibit **GMAC Mortgage, LLC** from asserting at any time prior to the time when the lien is avoided by this order upon entry of the Debtor's discharge, any rights it may have as a defendant in any foreclosure proceeding brought by a senion mortgagee, including the right to claim excess proceeds from any foreclosure sale.

December 29, 2010

**DONE AND ORDERED** in Chamber at Tampa, Florida _____.

*David H. Adams*

David H. Adams
United States Bankruptcy Judge

Copies furnished to:

1. U.S. TRUSTEE, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602
2. Jon Waage, Chapter 13 Trustee, Post Office Box 25001, Bradenton, Florida 34206-5001
3. Charles R Hayes, Esq., 12800 University Drive, Suite 260, Fort Myers, Florida 33907.
4. Wells Fargo Home Mortgage, 8480 Stagecoach Cr., Frederick, MD 21701.
5. Connie Delisser, Esq., Law Offices of Marshall C Watson, PA, 1800 North West 49th, Ste. 120, Ft. Lauderdale, FL 33909.
6. GMAC Mortgage, LLC, Dave Applegate, CEO, 1100 Virginia Dr., Ft. Washington, PA 19034.
7. Dean J Testa, 1228 SE 23 Place, Cape Coral, FL 33990.